UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $49,360.00 IN U.S. CURRENCEY, et al.,<br><br>     Defendant. | Case No. 2:11-MC-0030 JAM<br><br><br><br><br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>DAVID TIMOTHY BROWN, aka DAVID TIMOTHY EUGENE BROWN,<br><br>     Defendant. | Case No. 2:15-CR-00230 GEB |

  Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

1

1   The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge; no consolidation of the actions is
4 effected.  Under the regular practice of this court, related cases
5 are generally assigned to the judge to whom the first filed action
6 was assigned.
7   IT IS THEREFORE ORDERED that the action denominated 2:15-CR-
8 00230 GEB be reassigned to Judge John A. Mendez for all further
9 proceedings, and any dates currently set in this reassigned case
10 only are hereby VACATED.  Henceforth, the caption on documents
11 filed in the reassigned cases shall be shown as 2:15-CR-00230 JAM.
12   IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of criminal cases to
14 compensate for this reassignment.
15   IT IS SO ORDERED.
16 Dated:  December 4, 2015

John A. Mendez_____
United States District Court Judge