1 BENJAMIN B. WAGNER
United States Attorney
2 RICHARD J. BENDER
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5
Attorneys for Plaintiff
6 United States of America

7

IN THE UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,                          CASE NO.  2:15-CR-0230 JAM

11                                Plaintiff,          [PROPOSED] ORDER SEALING DOCUMENTS
                                                      AS SET FORTH IN GOVERNMENT'S NOTICE
12                    v.

13 DAVID TIMOTHY BROWN,

14                                Defendant.

15

16

17      Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's

Request to Seal, IT IS HEREBY ORDERED that the government's six-page Sentencing Memorandum
18
pertaining to defendant David Timothy Brown, and Government's Request to Seal shall be SEALED
19
until further order of this Court.
20
        It is further ordered that access to the sealed documents shall be limited to the government and
21
counsel for the defendant.
22
        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for*
23
*the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the
24
Government's request, sealing the Government's motion serves a compelling interest. The Court further
25
finds that, in the absence of closure, the compelling interests identified by the Government would be
26
/ / /
27
/ / /
28

[PROPOSED] ORDER SEALING DOCUMENTS AS SET          1
FORTH IN GOVERNMENT'S NOTICE

1   harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional

2   alternatives to sealing the Government's Sentencing Memorandum that would adequately protect the

3   compelling interests identified by the Government.

4

5

6   Dated: _April 25, 2016_                                               

7                                       THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SEALING DOCUMENTS AS SET
FORTH IN GOVERNMENT'S NOTICE