PHILLIP A. TALBERT
Acting United States Attorney
RICHARD J. BENDER
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID TIMOTHY BROWN,<br><br>　　　　　Defendant. | 2:15-CR-00230-JAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on or about January 13, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1), based upon the plea agreement entered into between plaintiff and defendant David Timothy Brown forfeiting to the United States the following property:

　　　　a.　　Real Property located at 1816 Pissarro Court, Stockton, California, San Joaquin County, APN: 166-360-23.

AND WHEREAS, beginning on January 15, 2016, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following

individuals known to have an alleged interest in the above-described property: Luis Aguirre.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1), to be disposed of according to law, including all right, title, and interest of David Timothy Brown.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of May, 2016

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge