**HEATHER E. WILLIAMS, #122664**
**Federal Defender**
**BENJAMIN D. GALLOWAY, #214897**
**Chief Assistant Federal Defender**
**801 I Street, 3rd Floor**
**Sacramento, CA 95814**
**Tel: 916-498-5700/Fax 916-498-57110**
**Ben_galloway@fd.org**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID TIMOTHY BROWN, )<br>)<br>Defendant. )<br>_____) | 2:15-CR-230-JAM |

**O R D E R**

Having considered Mr. Brown's Motion for Early Termination of Supervision (Doc. 46), and the government's Statement of Non-opposition to that motion (Doc. 48), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges DAVID TIMOTHY BROWN pursuant to 18 U.S.C §3583(e)(1).

Dated: 7/23/2019        /s/ John A. Mendez_____
                                                   Hon. John A. Mendez
                                                   United States District Court Judge